## (February 21, 1979)

■ ROGERS & HAGGERTY, INC., Appellant, v ISLAND DOCK LUMBER, INC., et al., Individually and Doing Business as READY MIXED CONCRETE Co. et al., Respondents, et al., Defendants.—Motion for substitution of attorneys granted by default, without costs. Motion for leave to reargue respondents' motion to dismiss the appeal and appellant's cross motion for an order permitting late perfection of the appeal, denied, without costs. The papers fail to establish a reasonable excuse for the delay. (Cf. *Matter of Bazarnicki,* 60 AD2d 702.) Mahoney, P. J., Sweeney, Kane, Larkin and Herlihy, JJ., concur.